<u>11:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19th FLOOR)</u>

<u>WEDNESDAY, FEBRUARY 19, 2020</u>

<u>Coram</u>: SMITH, Chief Judge, AMBRO, CHAGARES, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY and PHIPPS, *SCIRICA and *ROTH, Circuit Judges

REHEARING EN BANC

<u>No 18-1041</u>

HEATHER R. OBERDORF;
MICHAEL A. OBERDORF, her husband,
Appellants
v.
AMAZON.COM INC., a Washington Corporation

| <u>Counsel for Appellants</u> | <u>Counsel for Appellee</u> |
|---|---|
| DAVID F. WILK | WILLIAM B. MURPHY |
| [5 minutes uninterrupted argument] | [5 minutes uninterrupted argument] |
| [25 minutes open for questioning by the Court] | [25 minutes open for questioning by the Court] |
| (30 minutes Total Court Time) | (30 minutes Total Court Time) |

---

*Judge Scirica and Judge Roth- will participate as a member of the enbanc court pursuant to 3rd. Cir. I.O.P. 9.6.4