OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 2, 2020

Ms. Irene Bizzoso, Prothonotary
John Person, Deputy Prothonotary
468 City Hall
Philadelphia, PA 19107

RE:   Heather Oberdorf, et al v. Amazon.com Inc
      C.A. No. 18-1041
      D.C. No. 4-16-cv-01127
      _____

Dear Ms. Bizzoso and Mr. Person:

Enclosed please find certified copies of an Order Certifying a Question of Law submitted to the Supreme Court of Pennsylvania pursuant to Third Circuit LAR Misc. 110.  The certification, which was filed as of this date, was signed by the Honorable Chief Judge D. Brooks Smith on behalf of a panel of this Court. Also enclosed is a CD containing the Court of Appeals record and docket.

The certification was initiated by this Court sua sponte.  In this Court, the Appellant(s) is(are) Heather R. Oberdorf and Michael A. Oberdorf, her husband.

Should you need anything further in regard to this matter, please feel free to call Kirsi.

Very truly yours,
Patricia S. Dodszuweit, Clerk
by: s/ Kirsi
Case Manager
Direct Dial 267-299-4947

Enclosure
cc:  All counsel of record