

# Supreme Court of Pennsylvania

Eastern District

**JUN 1 2 2020**

John W. Person Jr., Esq.
Deputy Prothonotary
Patricia A. Johnson
Chief Clerk

468 City Hall
Philadelphia, PA 19107
(215) 560-6370
www.pacourts.us

June 9, 2020

Patricia S. Dodszuweit, Esq.
U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE: Oberdorf v. Amazon, Pet. of: USCA 3rd Cir.
41 EM 2020
Intermediate Court Docket No:

Agency/Trial Court Docket No: U.S.C.A., 3rd Circuit - 18-1041
U.S.D.C.: 4-16-cv-01127 - Judge Brann

Dear Attorney Dodszuweit:

This is to advise that the below listed item was received and docketed in the above-captioned matter.

Certification of Question of Law

Very truly yours,
Office of the Prothonotary

/paj
cc: John Jacob Hare, Esq.
Shane Haselbarth, Esq.
Laura Hill, Esq.
David Fredric Wilk, Esq.

U.S. POSTAGE ›› PITNEY BOWES

ZIP 19019 $ 000.50⁰
02 1W
0001402835 JUN 09 2020

JUN 12 2020

PHILADELPHIA
PA 191
10 JUN 20
PM B 1

Supreme Court of Pennsylvania
468 City Hall
Philadelphia, PA 19107

U.S.M.
X-RAY'S

19151-17509