


Patricia S. Dodszuweit
601 Market Street
Philadelphia, PA 19106-1723

AOPC 1003 Rev.07/21/2020

RECEIVED
JUL 24 2020
U.S.C.A. 3RD CIR.



# Supreme Court of Pennsylvania

Eastern District

John W. Person Jr., Esq.
Deputy Prothonotary
Patricia A. Johnson
Chief Clerk

468 City Hall
Philadelphia, PA 19107
(215) 560-6370
www.pacourts.us

July 21, 2020

RE: Oberdorf, H., et al., Aplts v. Amazon.Com, Inc.
16 EAP 2020
Allocatur Docket No: 41 EM 2020
Intermediate Appellate Court Docket No:
Associated Case(s):
Agency/Trial Court Docket No: U.S.C.A., 3rd Circuit - 18-1041
U.S.D.C.: 4-16-cv-01127 - Brann, J.

Dear Attorney Wilk

Enclosed please find a certified copy of an order for the above captioned matter.

Accordingly, your appeal has been docketed at 16 EAP 2020. Pursuant to Pa.R.A.P. 2185(a), the briefs including the original and reproduced records are due on/or before the due date shown below:

| Participant Role | Participant Name | Paperbook Type | Copies | Due Date |
|---|---|---|---|---|
| Appellant | Oberdorf, Heather R. | Reproduced Record | 25 | 08/31/2020 |
| Appellant | Oberdorf, Heather R. | Brief | 15 | 08/31/2020 |
| Appellant | Oberdorf, Michael A. | Brief | 15 | 08/31/2020 |

Appellee/Respondent's brief is to be filed thirty (30) days after service of the brief for the appellant/petitioner. The moving party's brief is to be submitted with the reproduced record (unless excused or delay authorized in accordance with Pa.R.A.P. 2151(d) and 2154(b)), and a certificate of service.

Serve (2) copies (1 copy if proceeding in forma pauperis) on every other party to the proceedings. Pa.R.A.P. 2111(b) provides that copies of the lower court opinions must be appended to the appellant/petitioner's brief. These rules will be strictly enforced and no briefs shall be accepted for filing that do not comply with these requirements.

If this is a cross appeal, your attention is also directed to Pa.R.A.P. 2136 to determine which party is considered the appellant/respondent for the purpose of establishing the briefing schedule.

Reproduced records are not required to be filed for parties proceeding In Forma Pauperis.

In order to facilitate the newly instituted electronic records management system, the Office of the Prothonotary requests that all filers leave the original copy of any document submitted for filing (one copy of Reproduced Record, if applicable*) unbound. All remaining copies of briefs and reproduced records should be bound in compliance with Pa.R.A.P. 124 (a)(5).

In addition to the paper copies of the items listed above, an electronic copy provided on Compact Discs (CDs) will be accepted and would be appreciated. Acceptable electronic formats, at this time, are PDFs, TIFFs, and Word documents. Said disc should be accompanied by an averment that the material on the CD is a complete and accurate representation of the paper version.

Very truly yours,
Office of the Prothonotary

/paj
Enclosure
cc: Patricia S. Dodszuweit
John Jacob Hare, Esq.
Shane Haselbarth, Esq.
Laura Hill, Esq.



Supreme Court of Pennsylvania

# Checklist of Rule Requirements for Filing an Appellate Brief

Always consult the Pennsylvania Rules of Appellate Procedure prior to any filing. Specific information on the filing of a brief and reproduced record can be found in Chapter 21 of the Pennsylvania Rules of Appellate Procedure.

I. Conformance to Requirements (Pa.R.A.P. 2101)

Any brief or reproduced record submitted for filing must comply in substance and form with the applicable rules of appellate procedure. Nonconformity may be waived by the Court depending on the circumstances of the individual case, or as justice may require. Nevertheless failure to conform to the applicable rules may result in sanctions, including but not limited to dismissal of the appellate action.

II. Contents of Briefs

A. Appellant's Brief (Pa.R.A.P. 2111)

1. Contents
   a. Statement of Jurisdiction (Pa.R.A.P. 2114).
   b. Order or other determination in question (Pa.R.A.P. 2115).
   c. Statement of the Scope and Standard of Review (Pa.R.A.P. 2111).
   d. Statement of the Questions involved (Pa.R.A.P. 2116).
   e. Statement of the Case (Pa.R.A.P. 2117).
   f. Summary of Argument (Pa.R.A.P. 2118).
   g. Argument for Appellant (Pa.R.A.P. 2119).
   h. A short conclusion stating the precise relief sought.
   i. Opinions and pleadings specified in Subdivisions (2) and (3) below.

2. Opinions Below
   Attach all opinions from any court or administrative proceeding below which relate to the determination to be reviewed. If an opinion has been reported state that fact and give the appropriate citation (Pa.R.A.P. 2111(b)).

3. Length of Brief **Cannot exceed 14,000 words.** Documents of 30 pages or less produced on word processor or typewriter are deemed to comply with the limit. Longer documents require a certification that the statement complies with the limit of 14,000 words. *Pa.R.A.P. 2135 (a)(1) & 2135 (d).*

4. Pleadings
   If the matter falls under Pa.R.A.P. 2151(c) (relating to original hearing cases) and no reproduced record is required, any pleadings relevant to the case or from which a question for review arises shall be appended to the brief (Pa.R.A.P. 2111(c)).

B. Appellee's Brief (Pa.R.A.P. 2112)

1. Contents
   a. Summary of Argument (Pa.R.A.P. 2118).
   b. Argument for Appellee (Pa.R.A.P. 2119).
2. Matters included only if challenged

a. Counter-Statement of the Questions involved.
b. Counter-Statement of the Case.

3. Length of brief **Cannot exceed 14,000 words.** Documents of 30 pages or less produced on word processor or typewriter are deemed to comply with the limit. Longer documents require a certification that the statement complies with the limit of 14,000 words. Pa.R.A.P. 2135 (a)(1) & 2135 (d).

C. Reply Brief (Pa.R.A.P. 2113)

1. Appellant may file a reply brief in response to issues found in the appellee's brief that were not raised in appellant's initial brief, and limited to those issues. An Appellee may file a similarly limited brief in the case of a cross-appeal. See Pa.R.A.P. 2136 for detailed information regarding briefs in cases involving cross-appeals.
2. A reply brief may be filed as a response to a draft or plan pursuant to Pa.R.A.P. 134.
3. No other briefs may be filed without leave of Court.
4. Length of reply brief **Cannot exceed 7,000 words.** Documents of 15 pages or less produced on word processor or typewriter are deemed to comply with the limit. Longer documents require a certification that the statement complies with the limit of 7,000 words. Pa.R.A.P. 2135 (a)(1) & 2135 (d).

III. Reproduced Records

A. Where not required (Pa.R.A.P. 2151)

1. Certain individual cases or classes of cases.
2. In forma pauperis status.
3. If the record is already before the Court in an original hearing case.
4. By application, if the cost is disproportionate or for other sufficient reason .

B. Contents (Pa.R.A.P. 2152; Pa.R.A.P. 2153)

1. All relevant docket entries, orders, opinions and related matter.
2. Relevant portions of pleadings, charge or findings.
3. Any additional portion of the record directed to the Court's attention.
4. Omit all immaterial formal matter.
5. Note - omitted material is not precluded from reliance or review.

C. Designation of Contents (Pa.R.A.P. 2154)

1. Appellant shall file a designation of contents of the record he/she plans to reproduce and a brief statement of issues to be presented no later than 30 days prior to the due date of the appellant's brief and serve it upon all parties unless appellant deems it necessary to proceed under the large record provision of Pa.R.A.P. 2154(b). Irrelevant material should be avoided. Please be aware that in Children's Fast Track Cases the time is shortened to 23 days.
2. If desired, Appellee may file and serve a counter designation of the record within 10 days of service of appellant's designation.
3. Costs of reproduction will be allocated according to Pa.R.A.P. 2155.
4. In exceptional circumstances, appellee may file a Supplemental reproduced record (Pa.R.A.P. 2156).

***A limited checklist is provided for purposes of convenience. Please note that not all circumstances are covered by this checklist, and all filings are governed by the appropriate rules of court.***

__ Appropriate Cover (Pa.R.A.P. 2172)
- A light colored material that will permit writing (no plastic) (Pa.R.A.P. 2172(d))
- Name of court (a)(1)
- Docket number (a)(2)
- Proper caption of the case (a)(3): Full and complete.
- Title of document with designation of the order appealed (a)(4) and (a)(5)
- Name(s) of counsel (a)(6)
- Properly bound (Pa.R.A.P. 124(a)(5)

__ Table of Contents and properly numbered pages (Pa.R.A.P. 2173; Pa.R.A.P. 2174)

__ Table of Citations (Pa.R.A.P. 2174; Pa.R.A.P. 2111)

__ Substantive content as described in Section II above

__ Meets page limits and physical characteristics (Pa.R.A.P. 124; Pa.R.A.P. 2135)

__ Principal Briefs **Cannot exceed 14,000 words.**

__ Reply Briefs **Cannot exceed 7,000 words.**

__ Paper size 8½ inches by 11 inches

__ Printed matter 6½ inches by 9 inches

__ Original Signature in ink on one designated copy

__ Proof of Service (Pa.R.A.P. 121; Pa.R.A.P. 122)

__ Reproduced record (Pa.R.A.P. 2152-2156; Section III above)

__ Correct number of copies (Pa.R.A.P. 2187)
- 15 copies to be filed with Court
- 10 copies of the reproduced record to be filed with Court
- 2 copies to be served on opposing party

__ Exception in forma pauperis:
- 15 copies to be filed with Court
- 1 copy to be served on opposing party

**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| HEATHER R. OBERDORF; MICHAEL A. OBERDORF, HER HUSBAND | : | No. 41 EM 2020 |
| v. | : | |
| AMAZON.COM, INC., A WASHINGTON CORPORATION | : | |
| PETITION OF: UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 21st day of July, 2020, the Petition for Certification of Question of Law is GRANTED. The Court shall consider the following issue:

> Under Pennsylvania law, is an e-commerce business, like Amazon, strictly liable for a defective product that was purchased on its platform from a third-party vendor, which product was neither possessed nor owned by the e-commerce business?

The Prothonotary is DIRECTED to establish a briefing schedule and list this case for oral argument.

A True Copy
As Of 07/21/2020

Attest: [signature]
John W. Person Jr., Esquire
Deputy Prothonotary
Supreme Court of Pennsylvania

Supreme Court of Pennsylvania
468 City Hall
Philadelphia, PA 19107

PHILADELPHIA
PA 191
22 JUL '20
PM 10 L

U.S. POSTAGE PITNEY BOWES
ZIP 19019 $ 000.65
02 1W
0001402835 JUL 21 2020

RECEIVED
JUL 24 2020
U.S.C.A. 3rd. CIR.

U.S.M.S.
X-RAY

19106-172363