IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 18-1041

_____

_____

**HEATHER R. OBERDORF and
MICHAEL A. OBERDORF,** *her husband*
Appellants

v.

**AMAZON.COM, INC.,** *a Washington Corporation*
Appellee

_____

On Appeal from
United States District Court for the Middle District of Pennsylvania

**STIPULATION OF DISMISSAL**

David F. Wilk, Esq.
PA. ID# 65992
Lepley, Engelman & Yaw, LLC
140 East Third St.
Williamsport, PA 17701
570-323-3768

IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 18-1041

_____

**HEATHER R. OBERDORF and
MICHAEL A. OBERDORF,** *her husband*
Appellants

v.

**AMAZON.COM, INC.,** *a Washington Corporation*
Appellee

_____
On Appeal from
United States District Court for the Middle District of Pennsylvania
_____

**STIPULATION OF DISMISSAL**

Upon agreement of the Parties, this matter has been resolved. The Parties by and through their respective counsel stipulate to the dismissal of this appeal pursuant to Fed. R. App. P. 42(b).  The Parties shall bear their own costs.

/s/ David F. Wilk                                           /s/ William Brendan Murphy

David F. Wilk, Esq.                             William Brendan Murphy, Esq.
PA. ID# 65992                                   ID#
Lepley, Engelman, Yaw & Wilk, LLC      Perkins Coie, LLP
140 East Third St.                               1201 Third Ave.
Williamsport, PA  17701                      Suite 4900
570-323-3768                                    Seattle, WA  98101-3099
Counsel for Appellants                         206-359-6179
                                                      Counsel for Appellee

## CERTIFICATE OF SERVICE

I, David F. Wilk, Esq. hereby certify that on September 23, 2020 an electronic copy of the foregoing Stipulation of Dismissal was filed with the Clerk of Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ David F. Wilk
David F. Wilk, Esq.
PA. ID# 65992
Lepley, Engelman, Yaw & Wilk, LLC
140 East Third St.
Williamsport, PA  17701
570-323-3768
Counsel for Appellants