

RECEIVED
SEP 2 8 2020
U.S.C.A. 3rd CIR

Patricia S. Dodszuweit
601 Market Street
Philadelphia, PA 19106-1723



## Supreme Court of Pennsylvania

Eastern District



Phoenicia D. W. Wallace, Esq.
Deputy Prothonotary
Patricia A. Johnson
Chief Clerk

468 City Hall
Philadelphia, PA 19107
(215) 560-6370
www.pacourts.us

September 25, 2020

## CASE DISCONTINUED

RE:   Oberdorf, H., et al., Aplts v. Amazon.Com, Inc.
16 EAP 2020
Appeal of: Heather R. Oberdorf
Michael A. Oberdorf
Initiating Document: Order Granting Petition for Certification of Question of Law

Lower Appellate Court Docket No:
Agency/Trial Court Docket No: U.S.C.A., 3rd Circuit - 18-1041
U.S.D.C.: 4-16-cv-01127 - Brann, J.

The above-captioned matter has been marked "Discontinued" with this court.

| Attorney Name | Participant Name | Participant Type |
|---|---|---|
| David Fredric Wilk, Esq. | Oberdorf, Heather R. | Appellant |
| David Fredric Wilk, Esq. | Oberdorf, Michael A. | Appellant |
| John Jacob Hare, Esq. | Amazon.Com, Inc., a Washington Corporation | Appellee |
| Laura Hill, Esq. | Amazon.Com, Inc., a Washington Corporation | Appellee |
| Shane Haselbarth, Esq. | Amazon.Com, Inc., a Washington Corporation | Appellee |

/paj

