UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————————

No. 18-1041

————————

HEATHER R. OBERDORF;
MICHAEL A. OBERDORF, her husband,

Appellants

v.

AMAZON.COM, INC, RP, a Washington Corporation

——————

(M.D. Pa. No. 4-16-cv-01127)

——————

Before:  SMITH, Chief Judge, McKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, SCIRICA and ROTH, Circuit Judges

**O R D E R**

Upon consideration of Appellee's petition for rehearing en banc, it is hereby

**O R D E R E D** that within 14 days from the date of this order Appellants file an answer

to the petition for rehearing.

By the Court,

s/ JANE R. ROTH
Circuit Judge

Dated: July 26, 2019
Lmr/cc: David F. Wilk
John J. Hare
Shane Haselbarth
Laura Hill
William B. Murphy
Patrick J. Carome