UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
July 25, 2019

No. <u>18-1041</u>

HEATHER R. OBERDORF;
MICHAEL A. OBERDORF, her husband,
Appellants

v.

AMAZON.COM INC., a Washington Corporation

(M.D. Pa. No. 4-16-cv-01127)

Present: ROTH, <u>Circuit Judge</u>

Motion filed by Internet Association, Computer & Communications Industry Association, and TechNet for Leave to Proceed as Amicus in Support of Appellee's Petition for Rehearing En Banc.

Respectfully,
Clerk/kr

_____ORDER_____
The foregoing motion is **GRANTED**.

By the Court,

<u>s/ Jane R. Roth</u>
Circuit Judge

Dated: August 9, 2019

kr/cc: David F. Wilk, Esq.
     John J. Hare, Esq.
     Shane Haselbarth, Esq.
     William B. Murphy, Esq.
     Laura Hill, Esq.